AO 442 (Rev. 12/85) Warrant for Arrest                                          AUSA Garth Backe

# United States District Court

FILED
2009 JUL 29  AM 11:41

Western          DISTRICT OF          CLERK Texas
                                      WESTERN DISTRICT OF TEXAS

                                      BY_____
                                              DEPUTY

UNITED STATES OF AMERICA
V.                                          **WARRANT FOR ARREST**

**Alonso RODRIGUEZ-Disareno**       CASE NUMBER:  *A-09-M-504*

To: The United States Marshal
    and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest      **Alonso RODRIGUEZ-Disareno**

                                                _____
                                                             Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

        Illegal reentry of an alien who has been deported from the United States

In violation of Title   8      United States Code, Section(s)   1326

Andrew W. Austin                          U.S. Magistrate Judge
_____              _____
Name of Issuing Officer                   Title of Issuing Officer

[signature]                               July 29, 2009      Austin, Texas
_____              _____
Signature of Issuing Officer              Date and Location

Bail fixed at  $ _____    by  _____
                                                Name of Judicial Officer

| RETURN |
|--------|

This warrant was received and executed with the arrest of the above-named defendant at  _____

| DATE RECEIVED   July 29, 2009 | NAME AND TITLE OF ARRESTING OFFICER<br>Roberto Valentin | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST   July 29, 2009 | **Immigration Enforcement Agent** | [signature] |